Bobby JOHNSON *v.* STATE of Arkansas

RC 91-51                                                814 S.W.2d 559

Supreme Court of Arkansas
Opinion delivered September 16, 1991

*James P. Massie*, for appellant.

No response.

PER CURIAM. Appellant, Bobby Johnson, by his attorney, has filed for a rule on the clerk.

His attorney, James P. Massie, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.